# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Nolan Ryan,  )  | **JUDGMENT IN A CIVIL CASE** |
| )  | |
| Plaintiff,  )  | CV-13-526-PHX-MEA |
| )  | |
| v.  )  | |
| )  | |
| Quality Loan Service,  )  | |
| )  | |
| Defendant.  )  | |

\_\_\_    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 26, 2013, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and amended complaint and action are dismissed with prejudice.

                                                                BRIAN D. KARTH
                                                                District Court Executive/Clerk

June 26, 2013

                                                                 s/L. Dixon
                                                                By: Deputy Clerk

cc: (all counsel)